United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOSE LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:19-CV-00024 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On this date came to be considered the Joint Stipulation of Dismissal of Plaintiff Jose Lozano and Defendant Home Depot U.S.A., Inc. in the above-numbered captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that all claims filed by Plaintiff Jose Lozano against Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice to the re-filing of same.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs herein incurred shall be taxed against the party incurring same.

The Clerk is **DIRECTED** to close this case.

ORDERED on March 8, 2021.

_____
Julie K. Hampton
United States Magistrate Judge